UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GALLATIN WILDLIFE ASSOCIATION, *et al.*,<br><br>     Plaintiff,<br><br>vs.<br><br>DALE OLSON, *et al.*,<br><br>     Defendant. | Case No. CV-23-12-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Defendants' Motion to Dismiss (Doc. 19) is GRANTED.

Dated this 19th day of October, 2023.

TYLER P. GILMAN, CLERK

By: /s/ Athena Cobb
Athena Cobb, Deputy Clerk